UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALPHA INDUSTRIES, INC.,

                Plaintiff,

    -v.-

ALPHA CLOTHING CO. LLC and RYAN TANNER MUELLER,

                Defendants.

21 Civ. 00087 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    In light of the responsive briefing scheduled on Defendants' pending motion to transfer the venue of this action (*see* Dkt. #20, 27), the initial pretrial conference scheduled for April 1, 2021, is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated:    March 15, 2021
               New York, New York

                                                               KATHERINE POLK FAILLA
                                                              United States District Judge