USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                           :
AMERICAN FEDERATION OF MUSICIANS     :
OF THE UNITED STATES AND CANADA,      :
                                                           :          1:21-cv-2635-GHW
                                        Plaintiff,   :
                                                           :                 ORDER
                                -against-               :
                                                           :
NBCUNIVERSAL MEDIA, LLC,                    :
                                                            :
                                          Defendant.  :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      For the reasons stated on the record during the teleconference held on April 26, 2023, *Am. Fed. of Musicians of the United States and Canada v. NBCUniversal Media, LLC, et al.,* No. 1:23-cv-87-GHW and *American Federation of Musicians of the United States and Canada v. NBCUniversal Media, LLC,* 1:21-cv-02635-GHW-SDA are consolidated under the caption *Am. Fed. of Musicians of the United States and Canada v. NBCUniversal Media, LLC, et al.,* No. 1:21-cv-2635-GHW.  Plaintiff is directed to file an amended complaint with respect to the consolidated action no later than May 3, 2023.  The parties are further directed to submit a joint status letter to the Court with a proposed case management plan and scheduling order with respect to the litigation of the issues presented in the new consolidated action no later than May 17, 2023.

The Clerk of Court is respectfully directed to consolidate *Am. Fed. of Musicians of the United States and Canada v. NBCUniversal Media, LLC, et al.,* No. 1:21-cv-2635-GHW and *American Federation of Musicians of the United States and Canada v. NBCUniversal Media, LLC,* 1:21-cv-02635-GHW-SDA under the caption *Am. Fed. of Musicians of the United States and Canada v. NBCUniversal Media, LLC, et al.,* No. 1:21-cv-2635-GHW.

SO ORDERED.

Dated: April 26, 2023
New York, New York

                                            GREGORY H. WOODS
                                          United States District Judge